111 A.3d 167

### In re: CONSTITUTIONALITY OF CANON 3, RULE 3.11 OF The CODE OF JUDICIAL CONDUCT.

**No. 23 MM 2015.**

Supreme Court of Pennsylvania.

March 2, 2015.

## *ORDER*

PER CURIAM.

**AND NOW,** this 2nd day of March, 2015, the Application for Leave to File Supplemental Application for Extraordinary Relief is **GRANTED,** and the Application for Extraordinary Relief is **DENIED.**